|   |   |
|---|---|
| | CHIEF JUDGE ROBERT S. LASNIK |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　Plaintiff,　　　　)<br>　　　v.　　　　　　　　　　)<br>GERALD PRIMEAUX, and　　)<br>DOUG WILLIAMS,　　　　　)<br>　　　　　　Defendants.　　)  | CR09-213RSL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE PRE-TRIAL MOTIONS AND TRIAL DATE |

Based on the stipulated motion of the parties to continue the pre-trial motions cut-off date and the date for trial, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

3. The defense needs additional time to explore issues of significant complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING STIPULATED
MOTION TO CONTINUE PRE-TRIAL
MOTIONS AND TRIAL DATE - 1
(CR09-213RSL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    4.   Taking into account the exercise of due diligence, a continuance is
2 necessary to allow the defendants the reasonable time for the effective preparation their
3 respective defenses. 18 U.S.C. § 3161(h)(7)(B)(iv).
4    5.   Defendants Primeaux and Williams have each signed a waiver indicating
5 that each has been advised of his individual right to a speedy trial and that, after
6 consulting with counsel, he has knowingly and voluntarily waived that right in order to
7 permit trial to start on October 5, 2009.
8    NOW THEREFORE, IT IS HEREBY ORDERED that the trial date is continued
9 from August 31, 2009, to October 5, 2009, and the time period from August 31, 2009,
10 through October 5, 2009, is hereby excluded for speedy trial purposes under 18 U.S.C. §
11 3161(h)(7)(A) and (B). The pre-trial motions cut-off date is continued from July 23, 2009
12 to September 7, 2009.
13    DONE this 7th day of August, 2009.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/Jay Stansell
Jay Stansell
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101-1642
Telephone: (206) 553-1100
Fax: (206) 553-0120
Email: jay_stansell@fd.org

s/Robert Goldsmith
Attorney for Gerald Primeaux
*telephonically approved*

s/Matthew Diggs
Assistant United States Attorney
*telephonically approved*

ORDER GRANTING STIPULATED
MOTION TO CONTINUE PRE-TRIAL
MOTIONS AND TRIAL DATE   - 2
(CR09-213RSL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970